IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| GARY CARTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:13-cv-00019 |
| vs. ) | |
| ) | District Judge Sharp |
| W. B. MELTON, in his official and ) | Magistrate Brown |
| Individual capacity, ) | |
| SHANNON HARVEY, in his official ) | JURY DEMANDED |
| And individual capacity, and ) | |
| ETHAN BEAN, in his official and ) | |
| Individual capacity; ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO FILE
DOCUMENTS UNDER SEAL IN SUPPORT OF
THEIR REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' OBJECTION
TO PLAINTIFF'S REQUEST FOR PRELIMINARY INJUNCTION**

Defendants, in their individual capacities, by and through undersigned counsel, respectfully move this Honorable Court to file several documents under seal as these documents contain personal addresses of mail recipients of Mr. Carter. These documents include the following:

1. Exhibits of B and C of the Declaration of Shannon Harvey.

Respectfully submitted,

*/s/Robyn Beale Williams*
Robyn Beale Williams, BPR #19736
**Farrar & Bates, LLP**
211 Seventh Avenue North, Suite 500
Nashville, Tennessee 37219
(615) 254-3060
(615) 254-9835 Fax
robyn.williams@farrar-bates.com
*Counsel for W. B. Melton, Shannon Harvey,
and Ethan Bean, in their Individual Capacities*