ORDER
Motion Granted
/S/ Joe B. Brown
JOE B. BROWN
Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| GARY CARTER,<br><br>    Plaintiff,<br><br>vs.<br><br>W. B. MELTON, in his official and<br>Individual capacity,<br>SHANNON HARVEY, in his official<br>And individual capacity, and<br>ETHAN BEAN, in his official and<br>Individual capacity;<br><br>    Defendants. | Case No. 2:13-cv-00019<br><br>District Judge Sharp<br>Magistrate Brown<br><br>JURY DEMANDED |

**DEFENDANTS' MOTION TO FILE
DOCUMENTS UNDER SEAL IN SUPPORT OF
THEIR REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' OBJECTION
TO PLAINTIFF'S REQUEST FOR PRELIMINARY INJUNCTION**

Defendants, in their individual capacities, by and through undersigned counsel, respectfully move this Honorable Court to file several documents under seal as these documents contain personal addresses of mail recipients of Mr. Carter. These documents include the following:

1. Exhibits of B and C of the Declaration of Shannon Harvey.

Respectfully submitted,

*/s/Robyn Beale Williams*
Robyn Beale Williams, BPR #19736
**Farrar & Bates, LLP**
211 Seventh Avenue North, Suite 500
Nashville, Tennessee 37219
(615) 254-3060
(615) 254-9835 Fax
robyn.williams@farrar-bates.com
*Counsel for W. B. Melton, Shannon Harvey,
and Ethan Bean, in their Individual Capacities*

{FB254854 / LGPC 4772 }