IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| GARY CARTER, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | Case No. 2:13-cv-00019 |
| vs. | ) | |
| | ) | District Judge Sharp |
| W. B. MELTON, in his official and | ) | Magistrate Brown |
| Individual capacity, | ) | |
| SHANNON HARVEY, in her official | ) | JURY DEMANDED |
| And individual capacity, and | ) | |
| ETHAN BEAN, in his official and | ) | |
| Individual capacity; | ) | |
| | ) | |
|    Defendants. | ) | |

**DEFENDANTS' MOTION TO FILE
DOCUMENTS UNDER SEAL IN SUPPORT OF
THEIR MOTION FOR SUMMARY JUDGMENT**

Defendants, in their individual capacities, by and through undersigned counsel, respectfully move this Honorable Court to file several documents under seal as these documents contain private health information regarding Mr. Carter. These documents include the following:

    1.    Exhibit E and Collective Exhibit F to the Declaration of Shannon Harvey.

<u>ORDER</u>
Motion Granted
/S/ Joe B. Brown
JOE B. BROWN
Magistrate Judge

{FB275762 / LGPC 4772 }