## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| GARY CARTER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 2:13-0019 |
| | ) | Judge Sharp |
| W. B. MELTON, et al., | ) | Magistrate Judge Brown |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Due to the recent Report and Recommendation (Docket No. 121), the trial scheduled for June 17, 2014, is hereby reset for Tuesday, October 14, 2014, at 9:00 a.m. The final pretrial conference will be reset by the Magistrate Judge.

It is so **ORDERED**.

_____
KEVIN H. SHARP
U.S. District Judge